# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT RIGHTS DEFENSE COUNCIL, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>  vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. CV 17-1710-PLA<br><br>**JUDGMENT** |

       Pursuant to the Order granting in part and denying in part the Motion for Summary Judgment of plaintiff IMMIGRANT RIGHTS DEFENSE COUNCIL, LLC ("Plaintiff"), and granting in part and denying in part the Motion for Judgment on the Pleadings of Defendant HARTFORD INSURANCE COMPANY ("Defendant") (ECF No. 26). IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

       The Court finds and declares that plaintiff is entitled to recover the fees and costs awarded to it in the Underlying Prosecution from the bond that defendant

issued on Lord's behalf. Accordingly, defendant is ordered to pay plaintiff $36,085, plus pre-judgment interest at a rate of 7% per annum. The pre-judgment interest to which plaintiff is entitled shall have a commencement date of December 2, 2016, and shall run until the date on which defendant satisfies the judgment in this case.

Dated:  November 21, 2017

_____
Paul L. Abrams
United States Magistrate Judge

[PROPOSED] JUDGMENT